UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br>*Defendants*. | Civ. A. No. 26-3431 (TNM) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

In accordance with Federal Rules of Civil Procedure 6(b)(1) and 16(b), as well as Judge McFadden's Standing Order (ECF No. 4 at ¶ 9), Defendants, U.S. Department of Defense ("DOD") and the Office of Management and Budget ("OMB") (together "Defendants"), by and through undersigned counsel, respectfully request the Court to extend the time to file its response to Plaintiff Democratic National Committee's ("Plaintiff") Complaint ("Compl.", ECF No. 1) from November 30, 2026 to January 8, 2027. Plaintiff, through counsel, did not consent to the extension. Nonetheless, as demonstrated below, good cause supports granting this extension.

1. Plaintiff filed its Complaint on October 1, 2026, against Defendants. *See* Compl. Plaintiff asks the Court for declaratory and injunctive relief on the basis that DOD "alter[ed] voter-registration materials," i.e., the "Federal Post Card Application (FPCA)," which members of the uniformed military and Americans abroad use to register to vote and request mail ballots," without notice and comment. Compl. ¶¶ 1-2. Plaintiff alleges that OMB "allowed these changes to go forward on an emergency basis, bypassing requisite public notice." *Id.* ¶ 1.

2. Plaintiff served the United States Attorney in the District of Columbia on October 1, 2026. *See* Return of Service/Affidavit, Oct. 16, 2026, ECF No. 5. Defendants' response to

Plaintiff's complaint is due on November 30, 2026. *Id.* ("Answer due for ALL FEDERAL DEFENDANTS by 11/30/26.")

3. Good cause exists to grant the extension in this matter. Defendants' undersigned counsel needs additional time to confer with agency counsel at DOD and at OMB, regarding the allegations in Plaintiff's Complaint, as well as additional time to prepare a response to Plaintiff's Complaint. In addition, Defendant's undersigned counsel is on scheduled leave during the week of Thanksgiving for the holiday, as well as the last two weeks in December for the holidays and travel out of town. The agencies' counsel also has scheduled leave during November and December 2026 for the holidays, and needs additional time to confer with Defendants' undersigned counsel.

4. This is Defendants' first request for an extension regarding the time to answer Plaintiff's Complaint.

5. Should the Court grant the extension, there would be no impact on other deadlines in this case because there are no other deadlines currently set. *See* docket generally.

6. In accordance with Local Civil Rule 7(m), on November 16, 2026, Defendants' counsel asked for Plaintiff's counsel's consent to the extension. Plaintiff's counsel indicated he would not consent to the extension.

7. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file its response to Plaintiff's Complaint from November 30, 2026 to January 8, 2027. A proposed order is enclosed herewith.

Dated: November 24, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Catherine J. Malycke*

CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
Catherine.Malycke@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRATIC NATIONAL COMMITTEE,

*Plaintiff*,

v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

*Defendants*.

Civ. A. No. 26-3431 (TNM)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall file its response to Plaintiff's Complaint by January 8, 2027.

SO ORDERED:

__________________________
Dated

__________________________
TREVOR N. MCFADDEN
United States District Judge